IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) INSTALLMENT PAYMENT ORDER |
| vs. | ) |
| JAMES ERIK KROPF, | ) Case No. 2:06CR000253-001 |
| Defendant. | ) Honorable Dale A. Kimball |

The Court, having received the Stipulation of the parties dated December 7, 2018, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment was entered on September 25, 2003 in the total sum of $537,240.67 in favor of the United States of America (hereafter the "United States") and against James Erik Kropf (hereafter "Kropf").

2. Kropf shall pay monthly installment payments in the amount of $300.00 commencing on January 20, 2019, and continuing thereafter on the 20th day of each month. At the end of 12 months and yearly thereafter, Kropf shall submit a current financial statement to the United States Attorney's Office. This payment schedule may be evaluated and modified based on the documented financial status of Kropf.

3. Kropf shall submit all financial documentation in a timely manner and shall immediately notify the United States Attorney's Office of any of the following events:

    a. Any change of address;

    b. Any change in employment; and

    c. Any other significant change in Kropf's economic circumstances, including but not limited to receipt of inheritance, lottery winnings, or any other additional income.

4. Immediately upon notice of a change in Kropf's economic circumstances the United States may adjust this stipulated payment schedule as appropriate based upon Kropf's changed economic circumstances and ask Kropf to sign a new stipulated payment schedule. The United States may also move this Court at any time to adjust this payment schedule pursuant to 18 U.S.C. § 3664(k).

5. In addition to the regular monthly payment set forth in paragraph 2 above, the United States may submit his debt in the above-captioned case to the State of Utah and the U.S. Department of Treasury for inclusion in the State Finder Program and the Treasury Offset Program. Under these programs, any state or federal payment that he would normally receive may be offset and applied toward the debt in the above-captioned case.

6. The United States shall refrain from execution on the judgment so long as Kropf complies strictly with the agreement set forth in paragraphs 2 through 4 above. In the event Kropf fails to comply strictly with the terms set forth in paragraphs 2 through 4 above, the United States may move the Court ex parte for a writ of execution, a writ of garnishment, or any other appropriate order it deems necessary for the purpose of obtaining satisfaction of the judgment in full.

//
//
//
//

DATED this 29th day of January, 2019.

BY THE COURT:

_____
Dale A. Kimball
United States District Court Judge

APPROVED AS TO FORM:

/s/ James Erik Kropf*

_____
JAMES ERIK KROPF
Defendant

(*I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.)

PmtStipOrd.docx